**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  VIRGIL R. MCDONALD, JR.     §     Case No. 07-71395
        RUTH S. MCDONALD            §
                                    §
        Debtors                     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 06/07/2007.

2) The plan was confirmed on 12/03/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 04/28/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/12/2008, 07/29/2009.

5) The case was converted on 10/08/2009.

6) Number of months from filing or conversion to last payment: 27.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $47,900.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 14,262.86 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 14,262.86 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,006.39 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**  $ 4,006.39

Attorney fees paid and disclosed by debtor:   $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Sec | 2,000.00 | 2,718.35 | 0.00 | 0.00 | 0.00 |
| EXPRESS HOME MORTGAGE | Sec | 500.00 | 696.11 | 500.00 | 288.45 | 0.00 |
| GENERATIONS CREDIT UNION | Sec | 6,000.00 | 3,521.86 | 3,521.86 | 2,292.30 | 475.07 |
| WINNEBAGO COUNTY CLERK | Sec | 3,739.00 | 7,090.00 | 3,619.44 | 3,619.44 | 1,728.81 |
| WINNEBAGO COUNTY TREASURER | Sec | 3,351.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY TREASURER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HEALTHCARE & | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| RUTH MCDONALD | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 450.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 325.04 | NA | NA | 0.00 | 0.00 |
| BOWMAN, HEINTZ, BOSCIA & | Uns | 1,931.96 | NA | NA | 0.00 | 0.00 |
| C.B. ACCOUNTS, INC. | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 104.01 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 354.35 | 513.01 | 513.01 | 0.00 | 0.00 |
| CPS SECURITY | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 26.86 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 103.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DR. DENNIS J. FLANAGAN | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| DR. PHIL HERLIHEY | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| GENTLE FAMILY DENTISTRY | Uns | 344.00 | NA | NA | 0.00 | 0.00 |
| IHC SWEDISHAMERICAN | Uns | 18.20 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 122.75 | NA | NA | 0.00 | 0.00 |
| KURTIS E. WIRTH, DDS | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Sec | 197.15 | 900.00 | 200.00 | 200.00 | 17.36 |
| WELLS FARGO FINANCIAL | Uns | 0.00 | 346.86 | 1,046.86 | 0.00 | 0.00 |
| LOWES | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| M. ASIM MUSTAFA MD., F.A.A.P. | Uns | 26.20 | NA | NA | 0.00 | 0.00 |
| MILLER ENGINEERING | Uns | 87.50 | 87.50 | 87.50 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 415.60 | 167.15 | 167.15 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 395.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,120.00 | 1,142.81 | 1,142.81 | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 85.00 | 181.20 | 181.20 | 0.00 | 0.00 |
| OSF ST. ANTHONY MEDICAL | Uns | 87.18 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES INC. | Uns | 113.31 | NA | NA | 0.00 | 0.00 |
| PEOPLE FIRST RECOVERIES | Uns | 1,452.31 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 525.00 | 318.00 | 318.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 112.23 | 764.75 | 764.75 | 0.00 | 0.00 |
| ROCKFORD WATER DEPARTMENT | Uns | 104.02 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 264.38 | 387.52 | 387.52 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 950.00 | 753.56 | 753.56 | 0.00 | 0.00 |
| STEVEN D. POOLEY DDS | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS, INC. | Uns | 399.40 | NA | NA | 0.00 | 0.00 |
| WAL-MART STORES, INC. | Uns | 116.23 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY CIRCUIT | Uns | 4,388.00 | NA | NA | 0.00 | 0.00 |
| GENERATIONS CREDIT UNION | Sec | 6,000.00 | 2,311.45 | 2,311.45 | 1,318.83 | 316.21 |
| C.B. ACCOUNTS INC | Uns | 0.00 | 31.00 | 31.00 | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 0.00 | 108.60 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 140.62 | 140.62 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 5,360.49 | 5,360.49 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 500.00 | $ 288.45 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,833.31 | $ 3,611.13 | $ 791.28 |
| All Other Secured | $ 3,819.44 | $ 3,819.44 | $ 1,746.17 |
| **TOTAL SECURED:** | $ 10,152.75 | $ 7,719.02 | $ 2,537.45 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 11,194.47 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,006.39 |
| Disbursements to Creditors | $ 10,256.47 |
| **TOTAL DISBURSEMENTS:** | $ 14,262.86 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>10/21/2009</u>        By:  <u>/s/ Lydia S. Meyer</u>
                                                           Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.